1456

## MOTION DOCKET

**99–1941. In re Election Contest of Democratic Primary Election Held May 4, 1999 for Nomination to the Office of the Clerk.**

Mahoning C.P. No. 99CV1389. This cause is pending before the court as an appeal of an election contest pursuant to R.C. 3515.15 from the Mahoning County Court of Common Pleas. Upon consideration of appellant's motion to prohibit the certification of November 2, 1999 General Election results and/or motion to seal the election results upon certification of the General Election,

IT IS ORDERED by the court that the motions be, and hereby are, denied.

Douglas, J., not participating.

**99–2046. State v. Duncan.**

Fairfield App. No. 99CA32. This cause was pending before the court as a certification of conflict from the Court of Appeals for Fairfield County. On November 23, 1999, this court dismissed this case for appellant's failure to attach the order certifying the conflict to his notice of certified conflict. It has come to the attention of the court that appellant's notice of certified conflict did contain a copy of the order certifying the conflict and the order of November 23, 1999 was therefore issued in error. Accordingly,

IT IS ORDERED by the court that the order of November 23, 1999 is vacated and this case is restored to the docket.

## DISCIPLINARY DOCKET

**99–1716. Disciplinary Counsel v. Brown.**

On October 26, 1999, this court imposed an interim remedial suspension against respondent, Thomas C. Brown, a.k.a. Thomas Christopher Brown, Attorney Registration No. 0024054, last known address in Geneva, Ohio, pursuant to Gov.Bar R. V(5a)(B). On November 8, 1999, respondent filed a motion for dissolution; on November 10, 1999, he filed a motion for emergency relief by stay or hearing forthwith; and on December 1, 1999, he filed a motion for emergency hearing today. On November 12, 1999, relator filed a response to respondent's motion for emergency relief and on November 18, 1999, it filed a response to respondent's motion for dissolution. Upon consideration thereof,

IT IS ORDERED by this court that respondent's motion for dissolution, motion for emergency relief, and motion for emergency hearing today be, and hereby are, denied.

Douglas, J., not participating.